2020 MAR 11 A 11: 44

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>GERMAN ALONSO GARCIA-QUINTERO (1),<br>   aka Javier Echeverria-Corona,<br>RICARDO BARAJAS-PERALTA (2),<br>ALEXIS MOISES RANGEL-AYALA (3),<br>JOSE LUIS ECHEVERRIA-MARTINEZ (4),<br><br>            Defendants. | Case No. **20 CR 0952 GPC**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Attempted Bringing in Aliens for<br>Financial Gain; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and<br>(v)(II) - Attempted Bringing in<br>Aliens and Aiding and Abetting;<br>Title 8, U.S.C., Sec. 1326(a)<br>and (b) - Attempted Reentry of<br>Removed Alien |

The grand jury charges:

Counts 1-8

On or about February 6, 2020, within the Southern District of California, defendants GERMAN ALONSO GARCIA-QUINTERO, aka Javier Echeverria-Corona, and RICARDO BARAJAS-PERALTA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below, had not received prior official authorization to come to, enter and reside in the United States, did intentionally attempt to bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

OR:cms:Imperial:3/11/20

| Counts | Name |
|---|---|
| 1 | Osman Argueta-Marroquin |
| 2 | Felix Cruz-Cavero |
| 3 | Jose Luis Diaz-Molina |
| 4 | Julian Dominguez-Velasquez |
| 5 | Noel Larios-Aparicio |
| 6 | Andres Oropeza-Aguayo |
| 7 | Alexis Moises Rangel-Ayala |
| 8 | Jose Luis Echeverria-Martinez |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Counts 9-16

On or about February 6, 2020, within the Southern District of California, defendants GERMAN ALONSO GARCIA-QUINTERO, aka Javier Echeverria-Corona, and RICARDO BARAJAS-PERALTA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring to the United States the aliens below, knowing that said persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security:

| Counts | Name |
|---|---|
| 9 | Osman Argueta-Marroquin |
| 10 | Felix Cruz-Cavero |
| 11 | Jose Luis Diaz-Molina |
| 12 | Julian Dominguez-Velasquez |
| 13 | Noel Larios-Aparicio |

//
//
//

| Counts | Name |
|---|---|
| 14 | Andres Oropeza-Aguayo |
| 15 | Alexis Moises Rangel-Ayala |
| 16 | Jose Luis Echeverria-Martinez |

all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

## Count 17

On or about February 6, 2020, within the Southern District of California, defendant ALEXIS MOISES RANGEL-AYALA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant ALEXIS MOISES RANGEL-AYALA was removed from the United States subsequent to December 21, 2017.

## Count 18

On or about February 6, 2020, within the Southern District of California, defendant JOSE LUIS ECHEVERRIA-MARTINEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and

his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

It is further alleged that defendant JOSE LUIS ECHEVERRIA-MARTINEZ was removed from the United States subsequent to February 26, 2019.

DATED: March 11, 2020.

A TRUE BILL:

*[signature]*
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: *[signature]*
OWEN ROTH
Assistant U.S. Attorney

4